# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JULIA VANBRUNT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | Case No. 5:22-cv-00416-PRW |
| **ONCUE MARKETING, LLC,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julia VanBrunt, and Defendant OnCue Marketing, LLC, hereby stipulate that the above-styled and numbered action shall be, and hereby is, dismissed in its entirety with prejudice. The parties shall be responsible for their own attorneys' fees and costs.

Dated this 7th day of June, 2023.

*s/ Julia VanBrunt (signed with permission)*
Julia VanBrunt
7021 S. Union Rd.
Stillwater, OK 74074
(405) 762-0574
juliavanbrunt88@yahoo.com

**PRO SE PLAINTIFF**

*s/ Katie Campbell*
Adam W. Childers, OBA #18673
Katie Campbell, OBA #34306

- For the Firm -

1

        CROWE & DUNLEVY
        A Professional Corporation
        Braniff Building
        324 N. Robinson Ave., Suite 100
        Oklahoma City, OK 73102-8273
        (405) 235-7700
        (405) 239-6651 (Facsimile)
        adam.childers@crowedunlevy.com
        katie.campbell@crowedunlevy.com

        **ATTORNEYS FOR DEFENDANT**